[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————

No. 22-12146

————————————

HDI GLOBAL SPECIALTY SE,
f.k.a. International Insurance Company
of Hannover SE,

                    Plaintiff-Counter Defendant-Appellee,

*versus*

PF HOLDINGS LLC, et al.,

                    Defendants-Counter Plaintiffs-Third

                    Party Plaintiffs-Appellants,

*versus*

NATIONAL UNION FIRE INSURANCE

COMPANY OF PITTSBURGH, PA,

                    Third Party Defendant-Appellee.

2                     Opinion of the Court                22-12146

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:20-cv-00103-CDL

_____

Before WILSON, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal arises out of an insurance coverage dispute over a $54 million arbitration award rendered against insureds PF Holdings LLC and Schoolhouse Road Estates, Inc.  After insurer HDI Global Specialty SE sought declaratory judgment against indemnification, PF Holdings and Schoolhouse brought counterclaims against HDI Global and a third-party claim against excess insurer National Union Fire Insurance Company requesting indemnification.  The district court granted summary judgment in favor of HDI Global and National Union.  PF Holdings and Schoolhouse then brought this appeal.

After careful review of the record and briefs, and with the benefit of helpful oral argument from all parties, we AFFIRM on the basis of the district court's well-reasoned and thorough opinion.

**AFFIRMED.**